[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Darrell M Carter )
_____ )
_____ )
)
Plaintiff(s), )     Case Number: 23-50380
)
v. )
Gleason Cutting )
Tools Corp. )     **RECEIVED**
)
)     OCT 25 2023
Defendant(s). )
THOMAS G BRUTON
CLERK U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Darrell M Carter of the county of Winnebago in the state of Illinois.

3. The defendant is Gleason Cutting Tools Corp, whose street address is 1351 Windsor Road, (city) Loves Park (county) Winnebago (state) Illinois (ZIP) 61111

(Defendant's telephone number) (815-877-8900

4. The plaintiff sought employment or was employed by the defendant at (street address) 1351 Windsor Road (city) Loves Park (county) Winnebago (state) Illinois (ZIP code) 61111

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.    The plaintiff [*check one box*]

    (a)  ☐    was denied employment by the defendant.

    (b)  ☐    was hired and is still employed by the defendant.

    (c)  ☑    was employed but is no longer employed by the defendant.

6.    The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month) 08 , (day) 16 , (year) 2023

7.1   (*Choose paragraph 7.1 or 7.2, do not complete both.*)

    (a)  The defendant is not a federal governmental agency, and the plaintiff
         [*check one box*] ☐*has* ☑*has not* filed a charge or charges against the defendant

         asserting the acts of discrimination indicated in this complaint with any of the

         following government agencies:

        (i)   ☑ the United States Equal Employment Opportunity Commission, on or about

              (month) 10 (day) 24 (year) 2023

        (ii)  ☑ the Illinois Department of Human Rights, on or about

              (month) 10 (day) 24 (year) 2023

    (b)  If charges *were* filed with an agency indicated above, a copy of the charge is

         attached. ☐ Yes, ☑ No, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2   The defendant is a federal governmental agency, and

    (a)   the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☑ No, did not file Complaint of Employment Discrimination

(b)     The plaintiff received a Final Agency Decision on (month)___*NO*___

(day)_____ (year)_____.

(c)     Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes    ☑ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes    ☑ N0, but a copy will be filed within 14 days.

8.     *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☑     the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☐   the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month)_____ (day)_____ (year)_____ a copy of which

*Notice* is attached to this complaint.

9.     The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a) ☑ Age (Age Discrimination Employment Act).

(b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☑ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☑ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☑ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☑ failed to promote the plaintiff.

(d) ☑ failed to reasonably accommodate the plaintiff's religion.

(e) ☑ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☑ other (specify): The employer was the moving Party as they Changed the agreement for hire.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I Darrell Carter was employed as a CNC, machinest from September 2017 through August 12, 2023 earning $17.85 per hour, My work schedual was weekends on Saturday, Sunday, and Monday - twelve (12) hrs per day.

13.     The facts supporting the plaintiff's claim of discrimination are as follows:

(1) I Darrell Carter was hired to work weekend shifts under Gleason Cutting tools contract and policy.
(2) Gleason Cutting tools violated Darrell Carter contract for hire, by disregarding The Company Policy. Terminating the Shift for which Darrell Carter was hire for.

14.     [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.     The plaintiff demands that the case be tried by a jury. ☑ Yes ☐ No

16.     THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a)     ☐ Direct the defendant to hire the plaintiff.

(b)     ☐ Direct the defendant to re-employ the plaintiff.

(c)     ☐ Direct the defendant to promote the plaintiff.

(d)     ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)     ☑ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f)     ☑ Direct the defendant to (specify): Upon being terminated I Darrell Carter have develope a hypertension disorder resulting in failing health of internal Organs.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____
_____
_____

(g) ☐ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

*Darrell Carter*
(Plaintiff's signature)

Darrell Carter
(Plaintiff's name)

1319 Charles St #4
(Plaintiff's street address)

(City) Rockford  (State) Illinois (ZIP) 61104

(Plaintiff's telephone number) (815) – 593-4039

Date: 10/24/2023

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6